UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Civil No. 17-cv-10872
                                Hon. Matthew F. Leitman

vs.

ONE (1) GLOCK GMBH 19, 9MM
PISTOL, SN: VFU273,

        Defendant *in rem*.
_____/

## **DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE**

This matter having come before the Court on Plaintiff United States of America's ("United States") Motion for Default Judgment and Final Order of Forfeiture Against All Interested Parties as to the Defendant *in rem*, and the Court having reviewed the Motion and record in this case and being fully aware of the issues:

**IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED** and Default Judgment is **ENTERED** in favor of the United States and against Evelyn Caraballo-Troche, Ramiro Aleman-Uribe, Ramiro Hernandez Ortiz and all other interested parties as to the Defendant *in rem*, more particularly described as one Glock GMBH 19, 9mm Pistol, Serial Number VFU273.

**IT IS FURTHER ORDERED** that any right, title, or ownership interest of Evelyn Caraballo-Troche, Ramiro Aleman-Uribe, Ramiro Hernandez Ortiz and all other interested parties, or their successors and assigns, in the Defendant *in rem* are forever **EXTINGUISHED** and the Defendant *in rem* is **FORFEITED** to the United States pursuant to 21 U.S.C. § 881 and a Final Order of Forfeiture as to the Defendants *in rem* is **GRANTED** and **ENTERED**.

The Court **FURTHER ORDERS** that clear title to the Defendant *in rem* is **VESTED** in the United States and the United States Drug Enforcement Administration, or its delegate, is **AUTHORIZED** to dispose of the Defendant *in rem* according to law.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 26, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 26, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764